SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>    Plaintiff,<br><br>    vs.<br><br>STAMAS CORPORATION, et al,<br><br>    Defendants. | Case No.: CIV.S 09-02690 FCD KJM<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF HINES OLYMPUS CORPORATION CENTER, LP ONLY; ORDER**<br><br>Complaint Filed:  SEPTEMBER 28, 2009<br><br>**CASE TO BE REMAINED OPEN WITH REMAINING DEFENDANTS** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (Hines Olympus Corporation Center, LP) be and is hereby dismissed **WITH PREJUDICE** pursuant to FRCP 41 (a)(2).  This case is to be remained open with remaining Defendant.  Defendant (Hines Olympus Corporation Center, LP) is dismissed because Plaintiff and this Defendant have settled their dispute.

Dated: December 8, 2009                             /s/Scott N. Johnson_____
                                                    SCOTT N. JOHNSON
                                                    Attorney for Plaintiff

/ / /

1

1 **IT IS SO ORDERED**.
2
3 Dated: December 8, 2009
4 _____
   FRANK C. DAMRELL, JR.
   UNITED STATES DISTRICT JUDGE