SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>        Plaintiff,<br><br>    vs.<br><br><br>Stamas Corporation, et al,<br><br>        Defendants. | Case No.: CIV.S-09-02690 FCD KJN<br><br>**STIPULATED DISMISSAL AND ORDER**<br><br><br><br>Complaint Filed:  SEPTEMBER 28, 2009 |

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that this action be and is hereby dismissed with prejudice pursuant to FRCP 41 (a)(1).  The Parties shall bear their own costs and attorneys' fees in connection with the Lawsuit and the negotiation and preparation of this Agreement.

|   |   |
|---|---|
| | DISABLED ACCESS PREVENTS INJURY, INC. |

Dated:  September 14, 2010

/s/Scott N. Johnson_____
SCOTT N. JOHNSON
Attorney for Plaintiff

Dated:  September 14, 2010

/s/Samuel G. Stamas _____
SAMUEL G. STAMAS
Attorney for Defendants
Stamas Corporation

**IT IS SO ORDERED.**

Dated:  September 16, 2010      _____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE